JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA ORTIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASTRANA HEALTH, INC., et al.,<br><br>Defendants. | ) | Case No. CV 26-11151 FMO (MARx)<br>Case No. CV 26-11215 FMO (MARx)<br>Case No. CV 26-11347 FMO (MARx)<br>Case No. CV 26-11223 FMO (MARx)<br>Case No. CV 26-11929 FMO (MARx)<br>Case No. CV 26-11213 FMO (MARx)<br><br>**ORDER RE: CONSOLIDATION** |

Having reviewed the unopposed Motion to Consolidate Related Actions (Dkt. 14, "Motion"),[1] filed in Maria Ortiz v. Astrana Health, Inc., et al., CV 26-11151 FMO (MARx) ("Ortiz"), by which plaintiffs in Ortiz; Jessica Sanchez v. Astrana Health, Inc., CV 26-11213 FMO (MARx) ("Sanchez"); Susan Reams v. Astrana Health, Inc., CV 26-11215 FMO (MARx) ("Reams"); Angela Custodio v. Astrana Health Management, Inc., CV 26-11223 FMO (MARx) ("Custodio"); Eric Pollard, et al. v. Astrana Health, Inc., CV 26-11347 FMO (MARx) ("Pollard"); and Wanda Gaither v. Astrana Health Management, Inc., et al., CV 26-11929 FMO (MARx) ("Gaither"), agree to consolidation of the actions, IT IS ORDERED THAT:

1. The Motion **(Document No. 14)** is **granted** as set forth in this Order.

[1] The Motion was set for oral argument on November 19, 2026. (See Dkt. 14, Motion). The November 19, 2026, hearing date required any opposition to be filed by October 29, 2026. See Local Rule 7-9. No opposition has been filed as of the date of this Order. (See, generally, Dkt.).

2. Ortiz, CV 26-11151 FMO (MARx); Sanchez, CV 26-11213 FMO (MARx); Reams, CV 26-11215 FMO (MARx); Custodio, CV 26-11223 FMO (MARx); Pollard, CV 26-11347 FMO (MARx); and Gaither, CV 26-11929 FMO (MARx) are hereby **consolidated**. The Clerk shall consolidate these actions such that the earlier filed action, Ortiz, CV 26-11151 FMO (MARx), is the lead case. All future filings shall be filed in Ortiz, CV 26-11151 FMO (MARx) until further notice from the court. The case caption shall read: In Re Astrana Health, Inc. Data Breach Litigation, with the assigned Case No. CV 26-11151 FMO (MARx).

3. The Clerk shall administratively close Sanchez, CV 26-11213 FMO (MARx); Reams, CV 26-11215 FMO (MARx); Custodio, CV 26-11223 FMO (MARx); Pollard, CV 26-11347 FMO (MARx); and Gaither, CV 26-11929 FMO (MARx).

4. Any motion to appoint interim lead counsel shall be filed no later than **November 24, 2026**.

5. Plaintiffs shall file a Consolidated Complaint no later than **45 days** after interim counsel is appointed.

6. Defendants shall answer or otherwise respond to the Consolidated Complaint no later than **45 days** after filing.

Dated this 13th day of November, 2026.

/s/
Fernando M. Olguin
United States District Judge